382 A.2d 759

Kenneth Kratz Co. v. Creegan, Appellant.

Submitted June 14, 1977. James P. Geoghegan, for appellant; William R. Cooper and Stewart J. Greenleaf, for appellee.

Order affirmed.

JACOBS, J., dissents.